No. 641. BERNOVICH *v.* ILLINOIS. January 28, 1946. Petition for writ of certiorari to the Supreme Court of

Illinois denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.